# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 7, 2010

No. 08-30680
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DORIAN LEE BENOIT,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
No. 2:05-CR-20014-1

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Dorian Benoit has moved for leave to

withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

738 (1967).  Benoit has filed a response.

The record is insufficiently developed to allow consideration, at this time, of Benoit's claim of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted).  Our independent review of the record, counsel's brief, and Benoit's response discloses no nonfrivolous issue for appeal.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.